UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JULIE ANN KAMINSKI, | |
| Plaintiff, | Case No. 2:17-cv-00141-JVB-JEM |
| v. | Honorable Judge Joseph S. Van Bokkelen |
| CENTRAL CREDIT SERVICES LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, JULIE ANN KAMINSKI ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, CENTRAL CREDIT SERVICES LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 20, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com